IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IFREE MANGA JENNINGS,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>LANNIE CHAPMAN, et al.,<br><br>　　　　　　　　Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:25-cv-774 TS-DBP<br><br>Judge Ted Stewart<br>Magistrate Judge Dustin B. Pead |

　　　　Plaintiff filed their Complaint on September 8, 2025. This matter was subsequently referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge issued a Report and Recommendation on December 1, 2025. This matter is before the Court for consideration of that Report and Recommendation.

　　　　The Magistrate Judge recommends that the matter be dismissed for failure to state a claim. Pursuant to 28 U.S.C. § 636(b), a party has 14 days after being served with a copy of the Report and Recommendation to file an objection. The parties have not done so. The Court has considered the materials in the file and the Report and Recommendation and agrees with the Magistrate Judge's findings and recommendation.

　　　　It is therefore

　　　　ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 6) is ADOPTED IN FULL; it is further

　　　　ORDERED that the case is dismissed without prejudice.

　　　　DATED January 7, 2026.

BY THE COURT:

_____
TED STEWART
United States District Judge

2